**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re:

Steven Praul Hinrichs

Case No: 19−30446 − WJF

Debtor(s)

Chapter 7 Case

**ORDER DEFERRING DISCHARGE**
**AND FOR DEBTORS TO APPEAR AT CREDITORS MEETING**

Pursuant to Local Rule 2003−1, the trustee has filed a notice that the meeting of creditors in this case was not concluded on the date scheduled.

IT IS THEREFORE ORDERED:

1. The debtor(s) and the attorney for the debtor(s) shall appear in person at the date, time, and place fixed for the adjourned meeting of creditors as set by the trustee.

2. The time for serving and filing of objections to claims of exemption is extended in accordance with Rule 4003(b) F.R.Bkr.P.

3. Pursuant to Local Rule 4004−3, entry of an order granting a discharge to the debtor(s) is deferred.

4. The trustee shall file a report immediately after the conclusion of the meeting of creditors.

5. The clerk shall provide this order as notice to the debtor(s), the attorney for the debtor(s), the trustee, and the United States Trustee.

Dated: 3/19/19

William J Fisher
United States Bankruptcy Judge

NOTICE OF ENTRY AND FILING ORDER OR JUDGMENT
Filed and docket entry made on March 19, 2019
Lori Vosejpka Clerk, United States Bankruptcy Court
By: debbie Deputy Clerk

**mnbdfdsc** 06/03/2013 − pb

United States Bankruptcy Court
District of Minnesota

In re:  
Steven Praul Hinrichs  
    Debtor

Case No. 19-30446-WJF  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0864-3     User: debbie     Page 1 of 1     Date Rcvd: Mar 19, 2019  
                     Form ID: mnbdfdsc    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 21, 2019.  
db           +Steven Praul Hinrichs,    PO Box 312,    Willernie, MN 55090-0312

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                   TOTAL: 0

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 21, 2019                                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 19, 2019 at the address(es) listed below:  
         James R Doran    on behalf of Debtor 1 Steven Praul Hinrichs wexf@hotmail.com  
         John A. Hedback    jhedback@hac-mnlaw.com, jhedback@ecf.axosfs.com;ladamson@hac-mnlaw.com  
         Joseph M. Rossman    on behalf of Interested Party    Federal National Mortgage Association ("Fannie Mae") jrossman@logs.com, MNBKYAffidavits@logs.com  
         US Trustee    ustpregion12.mn.ecf@usdoj.gov  
                                                                                                                         TOTAL: 4